IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 3:18-CR-00410-M |
| | § | |
| ROBERT CARL LEONARD, JR. | § | |

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the government's unopposed Motion for Preliminary Order of Forfeiture. After consideration, the Motion is **GRANTED**.

The government notified Defendant Robert Carl Leonard, Jr. that, upon Defendant's conviction on Count One of the Information, the government would seek forfeiture of the following:

- 2008 Bentley Continental GT, Vehicle Identification Number SCBDR33W58C057347, titled to Noella, LLC;

- 2012 Jeep Grand Cherokee, Vehicle Identification Number 1C4RJECT0CC363070, titled to Force Multiplier, LLC;

- $109.39 in United States currency seized from the account ending in x0851 on June 15, 2017;

- $29,449.64 in United States currency seized from the account ending in x3128 on June 15, 2017;

- $150,770.90 in United States currency seized from the account ending in x9508 on June 15, 2017;

- $557,273.60 in United States currency seized from the account ending in x2057 on June 15, 2017;

- $564.00 in United States currency seized from the account ending in x8321 on June 15, 2017;

- Collection of seven paintings by artist David Harouni seized on June 15, 2017; and

**Preliminary Order of Forfeiture – Page 1**

- Assorted Jewelry seized on June 15, 2017: One ring, white metal with white stones; Four Infinity rings, white metal and yellow metal, located in a "Rothschild Diamond" box; One ring, yellow and white metal with white stones in a "Bachendorf's" box; and One floral necklace, white metal with white stones in a "Bachendorf's" box.

(collectively, "the property"). Defendant signed a Plea Agreement, agreeing to not contest, challenge, or appeal the forfeiture of the property.

Defendant pled guilty to that offense and described in a factual resume the details of what use he made of property and of property he acquired in connection with that offense.

Based on Defendant's guilty plea and factual resume, the Court finds the property is subject to forfeiture to the government pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). It is therefore **ORDERED** that the property is forfeited to the government, subject to the provisions of 21 U.S.C. § 853(n).

It is further **ORDERED** that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2, the United States Marshal's Service shall seize the property and hold it in its secure custody and control pending a final order of forfeiture.

It is further **ORDERED** that, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2, the Attorney General shall publish notice of the forfeiture order for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov). The notice shall state the government's intent to dispose of the property and state that any person, other than Defendant, having or claiming a legal interest in the property must file a petition with the Court no later than 60 days after the first day of the publication and serve a copy on Asset Recovery Unit, U.S. Attorney's Office, Northern District of Texas, 1100 Commerce Street, Third Floor, Dallas, Texas 75242. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; shall be signed by the petitioner under penalty of perjury; and shall set

forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.  The government shall send, by means reasonably calculated to reach the person, written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture.

Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture addressing those interests.

**SO ORDERED**.

August 27, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE