**U.S Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for "Service of Process by the U.S Marshal"*

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| United States of America | US MARSHALS SERVICE N/TX DALLAS, TEXAS | 3:18-CR-410-M |
| **DEFENDANT** | | **TYPE OF PROCESS** |
| ROBERT CARL LEONARD, JR. | 2018 AUG 28 A 9:50 | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$557,273.60 in funds from account 488007872057, in the name of Force Multiplier Solutions LLC, at Bank of America, Dallas, Texas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark J. Tindall
Assistant United States Attorney
1100 Commerce Street; Suite 300
Dallas, Texas 75242

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Preliminary Order of Forfeiture filed August 27, 2018, the USMS is to seize the property listed in the Preliminary Order of Forfeiture and hold it in secure custody and control pending a Final Order of Forfeiture.
Asset ID: 17-FBI-004246

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ *Mark J. Tindall by A. Jacques* | | (214) 659-8600 | 8/27/2018 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 77 | District to Serve No. 77 | Signature of Authorized USMS Deputy or Clerk | Date: 9/5/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 9/5/18   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Gail Anderson

| Service Fee $8.00 | Total Mileage Charges (including endeavors) 0 | Forwarding Fee 0 | Total Charges $8.00 | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund) 0 |
|---|---|---|---|---|---|

**REMARKS:** Per Preliminary Order of Forfeiture, the above listed asset was taken into custody on July 6, 2017. It will remain in USMS custody pending a Final Order of Forfeiture.

PRIOR EDITIONS MAY BE USED                     FORM USM-285