IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:18-CR-410-M

ROBERT CARL LEONARD, JR.

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that

the government posted notice of this forfeiture action on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days beginning on August 28, 2018,

as shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8808
Email: dimitri.rocha@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney certifies that in accordance with

Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing

(ECF), the following document:

Government's Notice of Publication

was served on September 27, 2018 pursuant to the district court's ECF system as to ECF
filers.


*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney