# U.S Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for "Service of Process by the U.S Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:18-CR-410-M |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERT CARL LEONARD, JR. | Final Order of Forfeiture |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$557,273.60 in funds from account 488007872057, in the name of Force Multiplier Solutions LLC, at Bank of America, Dallas, Texas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

---

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark J. Tindall
Assistant United States Attorney
1100 Commerce Street; Suite 300
Dallas, Texas 75242

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Final Order of Forfeiture filed July 8, 2019, the USMS are to dispose of the property according to law.
Asset ID: 17-FBI-004246

| Signature of Attorney or other Originator requesting service on behalf of: /s/ Mark J. Tindall by A. Jacques | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (214) 659-8600 | DATE 07/11/19 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk Gail Anderson | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-2-19    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Gail Anderson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| 65.00 | -0- | -0- | 65.00 | | |

**REMARKS:** Funds have been deposited in the AFF account to be disburst as directed.

PRIOR EDITIONS MAY BE USED                                                                 FORM USM-285