IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ROBERT CARL LEONARD, JR. | NO.  3:18-CR-410-M |

**GOVERNMENT'S NOTICE
OF RESTORATION OF FORFEITURE PROCEEDS TO RESTITUTION**

    The United States of America gives notice that the Attorney General for the United States of America has granted the request for restoration of $783,708.15 in net liquidated proceeds obtained from the property administratively and/or judicially forfeited from the defendant in and related to this case.  The United States Marshals Service has transferred those funds to the Clerk of Court to be applied toward the defendant's outstanding restitution balance and disbursed to the victim of the defendant's crime.

    Respectfully submitted,

    CHAD E. MEACHAM
    UNITED STATES ATTORNEY

    */s/ Dimitri N. Rocha*
    DIMITRI N. ROCHA
    Assistant United States Attorney
    Florida Bar No. 11987
    1100 Commerce Street, Third Floor
    Dallas, TX 75242-1699
    T: 214-659-8600 | F: 214-659-8803
    Dimitri.Rocha@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Restoration of Forfeiture Proceeds to Restitution

was served on January 31, 2022 pursuant to the district court's ECF system as to ECF filers.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney